UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

-------------------------------------------------------------------------x

Robert P. Smith, individually and on behalf of all others                 Civil Action No:
similarly situated;                                                       1:20-cv-32

Plaintiff,




                -v.-

Johnson Mark, LLC
LVNV Funding


Defendants.
-------------------------------------------------------------------------x


**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent

person for whom a committee has been appointed or conservatee, and no person not a party has an

interest in the subject matter of the action, that this action is dismissed with prejudice and without

costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 1, 2021

| For Plaintiff Robert P. Smith | For Defendant Johnson Mark, LLC and LVNV Funding |
|---|---|
| */s/Raphael Deutsch*_____<br>Raphael Deutsch<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500<br>rdeutsch@steinsakslegal.com | */s/ Gregory Constantino*<br>Gregory Constantino<br>8537 S. Redwood rd Ste D<br>West Jordan, UT 84084<br>801-748-4747<br>Greg@constantinolaw.com |
| | |

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 1, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
