IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERT P. SMITH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>JOHNSON MARK, LLC and LVNV Funding,<br><br>  Defendants. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:20-cv-00032-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having reviewed the parties' Stipulation of Dismissal with Prejudice,[1] and for good cause appearing, the court GRANTS the Motion and orders this case DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees. The Clerk of Court is directed to close this case.

**SO ORDERED** this 1st day of June 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 39.

1